Michael SUBAS v. Fred G. ZERBST, Warden of the United States Penitentiary at Leavenworth, Kansas.

No. 1509.

Circuit Court of Appeals, Tenth Circuit.

Dec. 4, 1936.

S. S. Alexander, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Motion for leave to prosecute the appeal in forma pauperis denied.